

# Fourth Court of Appeals
## San Antonio, Texas

October 31, 2014

No. 04-14-00622-CV

Marisela G. **SALAS**, Individually and as Representative of the Estate of Martin Suarez and as Next Friend of Keyla Marizel Salas Suares, Minor,
Appellants

v.

**ALLEN KELLER CO. I, L.L.C.** d/b/a Allen Keller Co.,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 13410
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Based on the clerk's record before this court, it appeared appellant's notice of appeal was untimely. We therefore ordered appellant to file a response establishing the notice of appeal was timely, timely filed by mail or offering a reasonable explanation for failing to file the notice of appeal timely. We advised that if a supplemental clerk's record is required to establish this court's jurisdiction, appellant must ask the district clerk to prepare one and must notify the clerk of this court that such a request was made.

On October 29, 2014, appellant filed a response establishing this court's jurisdiction. Moreover, appellant advised that she had requested the district clerk to prepare a supplemental clerk's record containing documents that would clarify this court's jurisdiction. We find the response sufficient to establish this court's jurisdiction. Accordingly, we **order** the appellate deadlines, which were stayed pursuant to our previous order, reinstated. At the time of our original order, the clerk's record and the reporter's record had been filed. Thus, at this time appellant's brief is due. Accordingly, we **ORDER** appellant to file her brief in this court on or before **December 1, 2014**. We further **ORDER** the district clerk to file in this court on or before **November 10, 2014**, the supplemental clerk's recording containing the documents requested by appellant — the transmittal letter, the motion to sever, and the order granting the motion for severance.

We **order** the clerk of this court to serve a copy of this order on all counsel and the district clerk.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of October, 2014.

_____
Keith E. Hottle
Clerk of Court